UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON LAU,**<br>　　　　Plaintiff,<br><br>　　vs.<br><br>**ALEJANDRO MAYORKAS, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY,**<br>　　　　Defendant. | CASE NO. 21-cv-4756-YGR<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT; DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. Nos. 10 and 18 |

On September 27, 2021, defendant Alejandro Mayorkas filed a motion to dismiss plaintiff Brandon Lau's complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) (Dkt. No. 10).

On October 7, 2021, Mr. Lau filed a motion for an extension of time to file an amended complaint. The Court **GRANTS** Mr. Lau's request for an extension of time to file an amended complaint. Thus, defendant's motion to dismiss is **DENIED** as moot.

Mr. Lau shall file an amended complaint by **MONDAY, NOVEMBER 22, 2021**. As required by Rule 15(a)(3), a response shall be filed within 14 days after service of the amended pleading.

The Court further advises Mr. Thayer that the District Court has produced a guide for self-represented/*pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial. It is available electronically online (https://cand.uscourts.gov/wp-content/uploads/2020/02/Pro_Se_Handbook_2020_links_8-2021.pdf).

The Court also advises plaintiff that assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal

information and assistance. The Help Center does not see people on a "drop-in" basis and will not be able to represent parties in their cases. There is no charge for this service. The Help Center's website is available at https://cand.uscourts.gov/legal-help.

This Order terminates Docket Numbers 10 and 18.

**IT IS SO ORDERED.**

Dated: October 12, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE