UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LAU,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAYORKAS,<br><br>  Defendant. | Case No. 21-cv-04756-TLT   (TSH)<br><br>**DISCOVERY ORDER** |

The Court held a discovery hearing on July 30, 2024. Plaintiff objected to some of the redactions in Defendant's document productions. The Court construed that argument as a motion to compel the production of unredacted documents and denied it as untimely under the then-existing case schedule. However, as there was a pending motion to modify the case schedule, the Court stated that if fact discovery is reopened, either side may raise discovery issues. ECF No. 129.

Thereafter, Judge Thompson modified the case schedule. The new close of fact discovery is September 12, 2024. ECF No. 127. As discovery has now been reopened, Plaintiff's objection to Defendant's redactions is now a timely discovery dispute. Accordingly, the Court **ORDERS** the parties to meet and confer regarding the redacted documents. If they are not able to resolve their dispute, the Court **ORDERS** them to file a joint discovery letter brief, not to exceed five pages, setting forth their respective arguments.

**IT IS SO ORDERED.**

Dated: August 1, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge