UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LAU,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS,<br><br>　　　　　　Defendant. | Case No. 21-cv-04756-TLT   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 165, 166 |

　　　ECF No. 165 looks like Plaintiff's production of documents in response to document requests by Defendant, and not a request for the Court to do something. Similarly, ECF No. 166 looks like Plaintiff's interrogatory responses, not a request for Court action. Accordingly, this order terminates ECF Nos. 165 and 166.

　　　**IT IS SO ORDERED.**

Dated: October 1, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge